IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRAD BRIGGS

v.                                                      NO. 11-CV-0231

NCO FINANCIAL SYSTEMS, INC.

FILED
MAY 1 6 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

JUDGMENT

BEFORE ROBRENO, J.

    AND NOW, to wit, this 16th day of May, 2011, It is ORDERED that in accordance with NCO Financial Systems, Inc.'s offer of judgment and plaintiffs acceptance pursuant to F.R.C.P.68., judgment is entered in favor of Plaintiff and against NCO Financial Systems, Inc. in the amount of $1,000.00 together with interest and costs.

BY THE COURT:

ATTEST:

*Richard Sabol*
Deputy Clerk

judg